IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TABORIS JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) NO: 1:20-CV-00084 |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| RAYMOND BYRD, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Pending before the Court is Taboris Jones's pro se petition under 28 U.S.C. § 2254 for a writ of habeas corpus challenging his 2015 conviction for one count of possession with intent to sell more than half a gram of cocaine within 1,000 feet of a school, one count of possession of marijuana, and one count of improper display of a registered license plate. *See State v. Jones*, No. M2015-02515-CCA-R3-CD, 2017 WL 2493684, at *1 (Tenn. Crim. App. June 9, 2017), *perm. appeal denied,* (Tenn. Nov. 16, 2017). Jones is an inmate of the South Central Correctional Facility in Clifton, Tennessee, where he is currently serving a sentence of fifteen years of imprisonment for the cocaine charge and ten days for simple possession of marijuana. *Id*.

Respondent Raymond Byrd has responded to the petition. (Doc. No. 16). Petitioner has filed a Reply to the Response. (Doc. No. 19). The petition is ripe for review, and this Court has jurisdiction pursuant to 28 U.S.C. § 2241(d).

For the reasons explained more fully in the Memorandum Opinion entered contemporaneously herewith, the petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. Because reasonable jurists could not disagree with the resolution of Petitioner's claims, the Court denies a Certificate of Appealability.

1

With regard to Petitioner's conditions of confinement allegations, the Clerk is **DIRECTED** to mail Petitioner a blank complaint for prisoner Section 1983 actions as well as the Court's Information Sheet entitled "How to Begin a Pro Se Civil Rights Action."

This Order constitutes final judgment in the action.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE